AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 22, 2026

SEAN F. MCAVOY, CLERK

KORA SMITH,

*Plaintiff*

v.

EQUIFAX INFORMATION SERVICES, LLC,

*Defendant*

Civil Action No. 2:26-CV-00237-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: Judgment is entered in favor of Plaintiff and against Defendant in the amount of $30,000.00 inclusive of all claims, attorneys' fees, and costs, with post-judgment interest accruing at the statutory rate.

This action was *(check one)*:

❒ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke

Date: 9/22/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*